

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00288-CV

Eduardo **BENAVIDES**,
Appellant

v.

Julia **BENNETT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16084
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 14, 2015

APPEAL DISMISSED FOR WANT OF PROSECUTION

Appellant is appearing pro se.  On July 22, 2015, this court mailed a free copy of the reporter's record to appellant and informed him that his brief was due on September 4, 2015. Neither the brief nor a motion for extension of time was filed.  Therefore, on September 23, 2015, this court ordered appellant to file his appellate brief no later than October 5, 2015.  Our order cautioned appellant that if he failed to file the brief by this date or failed to reasonably explain the reason for his failure to do so, this appeal would be dismissed for want of prosecution.  Tex. R. App. P. 38.8(a).

Appellant has not responded to our order; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM